JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: jorge.ramirez@wilsonelser.com

RUSSELL L. PORTER, ESQ. (*pro hac vice*)
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
150 E 42nd Street
New York, NY 10017
Telephone: (212) 490-3000
Fax: (212) 490-3038
russell.porter@wilsonelser.com
*Attorneys for Plaintiff DHL Express (USA), Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DHL EXPRESS (USA), INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHARLES HORKY and SLADE SERVICES ASPEN d/b/a SLADE SERVICES ,<br><br>　　　　　Defendants. | Case No:  2:23-cv-00529-MMD-NJK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

　　　Comes now Plaintiff DHL Express (USA), Inc. ("Plaintiff") and Defendants Charles Horky and Slade Services Aspen d/b/a Slade Services (collectively "Defendants"), by and through their respective undersigned counsel, and being all of the parties to this action, jointly stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

　　　DATED this 25th day of March, 2024

294848530v.1

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | JAMES S. KENT, LTD. |
|---|---|
| BY: */s/   JORGE A. RAMIREZ*<br>JORGE A. RAMIREZ, ESQ.<br>Nevada Bar No. 6787<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada 89119<br>Telephone: 702.727.1400<br>Facsimile: 702.727.1401<br>Email: jorge.ramirez@wilsonelser.com<br><br>RUSSELL L. PORTER, ESQ. (*pro hac vice*)<br>150 E 42nd Street<br>New York, NY 10017<br>Telephone: (212) 490-3000<br>Fax: (212) 490-3038<br>russell.porter@wilsonelser.com<br>*Attorneys for Plaintiff DHL Express (USA), Inc.* | BY: */s/   JAMES S. KENT, ESQ.*<br>JAMES S. KENT, ESQ.<br>Nevada Bar No. 5034<br>9480 S. Eastern Ave.<br>Suite 228<br>Las Vegas, NV 89123<br>(702) 385-1100<br>jamie@jamiekent.org<br>*Attorney for Defendants Charles Horky and Slade Services* |

IT IS SO ORDERED

DATED this 20th day of June 2024.

_____
CHIEF U.S. DISTRICT JUDGE

294848530v.1